## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JUNIOUS PLUMMER,**<br><br>**Defendant.** | **Criminal Case No.**<br><br>**Magistrate Case No. 24-mj-00037**<br><br>**VIOLATIONS:**<br><br>**18 U.S.C. § 2119 (Carjacking)**<br><br>**18 U.S.C. § 924(c)(1)(A)(ii) (Brandishing a   Firearm During a Crime of Violence)** |

## INFORMATION

The United States Attorney for the District of Columbia charges that:

## COUNT ONE

On or about August 11, 2023, within the District of Columbia, **JUNIOUS PLUMMER**, took a motor vehicle, specifically a blue 2005 Hyundai Elantra (MD license plate 37907CF and VIN KMHDN46D05U964713), that had been transported, shipped, and received in interstate or foreign commerce from and in the presence of R.D. and A.M., by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119)

## COUNT TWO

On or about October 18, 2023, within the District of Columbia, **JUNIOUS PLUMMER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, a semi-automatic handgun.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii))

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in this Superseding Information, the defendant, JUNIOUS PLUMMER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

- A Charter Arms .357 Mag Pug revolver
- 5 rounds of .357 ammunition

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a)  cannot be located upon the exercise of due diligence;

b)  has been transferred or sold to, or deposited with, a third party;

c)  has been placed beyond the jurisdiction of the Court;

d)  has been substantially diminished in value; or

e)  has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Cameron A. Tepfer*
Cameron A. Tepfer

D.C. Bar No. 1660476
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579